CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARLOWE WESTLEY PULLIAM, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 3:26-cv-03052-LB <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 60-day extension of time from June 8, 2026, to August 7, 2026, for Defendant to respond to Plaintiff's Complaint.

This is Defendant's FIRST request for an extension of time and good cause exists for this extension. In accordance with 42 U.S.C. § 405(g), the Commissioner files a certified copy of the transcript of the administrative record (CAR), including the evidence upon which the findings and decisions complained of are based. Our office has been informed by the client agency, which

Stip. to Extend Time &  Order                          1                          Case No. 3:26-cv-03052-LB

is the Social Security Administration, Office of Appellate Operations (OAO), that the CAR likely will not yet be ready by June 8, 2026. According to OAO, there are some systems issues that are preventing them from establishing the case in their system or allowing them to create a CAR. OAO has been working with the Hearing office since May 11, 2026 to try and resolve the issue, but at present, the issue is still unresolved. The client agency therefore needs more time to prepare an administrative record for the Court's review and is requesting 60 days.

Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Respectfully submitted,

Dated:  June 3, 2026                    /s/ Yasamin Elahi-Shirazi
                                         YASAMIN ELAHI-SHIRAZI
                                         (*as authorized via email)
                                         Attorney for Plaintiff


Dated:  June 3, 2026                    CRAIG H. MISSAKIAN
                                         United States Attorney

                                By:     /s/ Erin Highland
                                         ERIN HIGHLAND
                                         Special Assistant U.S. Attorney

                                         Attorneys for Defendant


In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:   June 4, 2026___

_____
THE HONORABLE LAUREL BEELER
United States Magistrate Judge